

# OFFICE OF THE ATTORNEY GENERAL OF TEXAS

## AUSTIN

GERALD C. MANN
ATTORNEY GENERAL

Honorable H. L. Atkinson, President
Board of Directors
Gulf Water Supply District
Beeville, Texas

Dear Sir:

> Opinion Number 0-3793
> Re: Manner of sale of
> bonds by Gulf Water
> Supply District.

We are in receipt of your letter of July 18th requesting an opinion on the following question:

> "May the Gulf Water Supply District sell its bonds without advertising for bids?"

The Gulf Water Supply District was created a governmental agency and body politic by the Forty-fourth Legislature, Acts of 1935, Chapter 361, page 1027, and as such possesses such powers and privileges as are conferred thereby.

Sections 9, 10, 11 and 12 of the Act creating the district authorize the borrowing of money and issuance of bonds evidencing such indebtedness. Section 13 thereof reads as follows:

> "The evidence of indebtedness hereby authorized may be sold by the Board of Directors on the best terms and for the best price possible." (Underscoring ours).

It will be observed that no attempt has been made to prescribe the manner of obtaining "the best terms and best price possible". That has been left to the discretion of the

NO COMMUNICATION IS TO BE CONSTRUED AS A DEPARTMENTAL OPINION UNLESS APPROVED BY THE ATTORNEY GENERAL OR FIRST ASSISTANT

Honorable H. L. Atkinson, page #2

Board of Directors, the governing body. Hence, it is our opinion that the bonds of Gulf Water Supply District may be sold either by advertising or without advertising for bids, so long as the best terms and best price therefor is obtained.

APPROVED AUG 1, 1941

FIRST ASSISTANT
ATTORNEY GENERAL

CEC-s

Very truly yours

ATTORNEY GENERAL OF TEXAS

By Clarence E. Crowe
Clarence E. Crowe
Assistant

